UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARNER-ELEKTRA-ATLANTIC CORPORATION, MY CHEMICAL ROMANC LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHN DOES, et al.,<br>        Defendants. | CASE NO. 25-CV-01227-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Plaintiffs are ORDERED to show proof they have given notice of their application for an *ex parte* preliminary injunction and seizure order to the United States Attorney's Office for the Western District of Washington under 15 U.S.C. 1116(d)(2) on or before July 8, 2025;

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 3rd day of July, 2025.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1