UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARNER-ELEKTRA-ATLANTIC CORPORATION, MY CHEMICAL ROMANCE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOES, et al.,<br><br>Defendants. | CASE NO. 25-CV-01227-JHC<br><br>TEMPORARY RESTRAINING ORDER; SEIZURE ORDER; AND ORDER TO SHOW CAUSE; ORDER TO ISSUE JOHN AND JANE DOE SUMMONSES |

Plaintiffs, Warner-Elektra-Atlantic Corporation and My Chemical Romance LLC (Plaintiffs), having applied *ex parte* against unknown individuals and entities (collectively, "Defendants") for a temporary restraining order, order permitting civil seizure, and order to show cause for preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. §1051, et seq.), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"), for the reason that Defendants are and will be manufacturing, distributing, offering for sale, and selling goods bearing counterfeit reproductions of trademarks owned and controlled by Plaintiffs ("Counterfeit Merchandise"), and the Court having reviewed the complaint, the memorandum of law, the declarations of Kenneth A. Feinswong and James Patterson, and the exhibits thereto, the Court finds:

TEMPORARY RESTRAINING ORDER; SEIZURE
ORDER; AND ORDER TO SHOW CAUSE; ORDER
TO ISSUE JOHN AND JANE DOE SUMMONSES - 1

1) Defendants' manufacture, import, distribution, offer for sale and/or sale of Counterfeit Merchandise has caused, and if not stopped will continue to cause, immediate and irreparable injury to Plaintiffs;

2) Plaintiffs are likely to succeed in showing Defendants have used and are continuing to use counterfeit and/or unauthorized and infringing copies of Plaintiffs' federally registered trademarks and unregistered trademarks, names and likenesses set forth below in connection with the manufacture, import, distribution, offer for sale and/or sale of Counterfeit Merchandise;

3) Plaintiffs have also shown sufficiently serious questions going to the merits of its claims to make them a fair ground for litigation, and that the harm to Plaintiffs from denial of the requested *ex parte* order would outweigh the harm to Defendants' legitimate interests in the event such an order were granted, and that a preliminary injunction would serve the public interest;

4) Defendants, or other persons acting in concert with Defendants, would likely destroy, move, hide or otherwise make inaccessible to the Court Defendants' Counterfeit Merchandise, any business records related thereto, and the profits derived therefrom, absent an *ex parte* order, thereby denying Plaintiffs access to relevant evidence and frustrating the ultimate relief Plaintiffs seek in this action;

5) Plaintiffs have provided the United States Attorney with reasonable notice of this application for an *ex parte* seizure order, *see* Dkt. # 12-1;

6) Plaintiffs have demonstrated the location(s) at which Defendants are or will be distributing, offering for sale and/or selling Counterfeit Merchandise; and

7) Entry of an order other than an *ex parte* seizure order would not adequately achieve the purposes of the Lanham Act to preserve Plaintiffs' remedies for trademark counterfeiting,

TEMPORARY RESTRAINING ORDER; SEIZURE
ORDER; AND ORDER TO SHOW CAUSE; ORDER
TO ISSUE JOHN AND JANE DOE SUMMONSES - 2

including, inter alia, the removal of Counterfeit Merchandise from the marketplace and destruction of same, and an award to Plaintiffs of lost profits or damages.

Therefore, IT IS HEREBY ORDERED that Defendants, various John Does, Jane Does and ABC Companies, their true identities being unknown, show cause before the Honorable Judge John H. Chun, United States District Court Judge, in Courtroom 14A of the United States District Court for the Western District of Washington, located at 700 Stewart Street, Seattle, WA 98101 at 4:00 p.m. on July 22, 2025, or as soon thereafter as counsel can be heard, why an order pursuant to Fed. R. Civ. P. 65 should not be entered granting to Plaintiffs, a preliminary injunction enjoining the Defendants from manufacturing, distributing, offering or holding for sale, or selling the Counterfeit Merchandise, consisting of any clothing, jewelry, photographs, posters, recordings and other merchandise bearing the trademarks, service marks, likenesses, images, trade names or logos, or any colorable imitations thereof of the musical group known as My Chemical Romance (collectively, "Plaintiffs' Marks").

AND IT APPEARING TO THE COURT that Defendants are about to sell and distribute the Counterfeit Merchandise bearing the Plaintiffs' Marks during the upcoming 2025 My Chemical Romance concert tour, including the concert to be held July 11, 2025 at T-Mobile Park, Seattle, WA (the "2025 Tour"), unless restrained by order of the Court;

IT IS FURTHER ORDERED that pending hearing and determination of this application, the Defendants, their agents, servants, employees, attorneys, successors and assigns and all persons, firms and corporations acting in concert with them, and each of them be and hereby are temporarily restrained from manufacturing, distributing, offering or holding for sale, advertising and/or selling Counterfeit Merchandise bearing any of the Plaintiffs' Marks;

AND IT IS FURTHER ORDERED that the United States Marshal or other federal, state or local law enforcement officers, or off-duty officers located within each district in which

Plaintiffs enforce this order, assisted by one or more attorneys or agents of Plaintiffs, are hereby authorized to seize and impound any and all Counterfeit Merchandise which Defendants sell, offer for sale or are holding for sale, including from any bag, carton, container, vehicle, or other means of carriage in which the Counterfeit Merchandise is found from four (4) hours before to four (4) hours after any performance by My Chemical Romance within a four (4) mile vicinity of the venues at which My Chemical Romance shall be performing, including, but not limited to, the My Chemical Romance concert at T-Mobile Park, Seattle, Washington, on July 11, 2025.

AND IT IS FURTHER ORDERED that this order be and is hereby conditioned upon Plaintiffs' filing with the Clerk of this Court a monetary deposit of $10,000.00 made to the Court's registry no later than 5 p.m. on July 10, 2025, to secure payment of such costs and damages not to exceed such sum as may be suffered or sustained by any party who is found to be wrongfully restrained hereby. The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $10,000.00;

AND IT IS FURTHER ORDERED that the temporary restraining order and seizure order shall remain in effect until the date for hearing on the order to show cause set forth above, or such further dates as set by the Court, at which time the Court shall also hold the confirmation hearing pursuant to 15 U.S.C. §1116(d)(10)(A), unless Defendants stipulate, or have not objected to the confirmation of the seizure and entry of the proposed preliminary injunction;

AND IT IS FURTHER ORDERED that service of a copy of this order to show cause together with the summons and complaint in this action be made upon the Defendants by the United States Marshal, other federal, state or local law enforcement officers or by any person over the age of eighteen (18) years not a party to this action selected for that purpose by the Plaintiffs, at the time the seizure provided herein is effected and that such service shall be

TEMPORARY RESTRAINING ORDER; SEIZURE
ORDER; AND ORDER TO SHOW CAUSE; ORDER
TO ISSUE JOHN AND JANE DOE SUMMONSES - 4

deemed good and sufficient, provided that a complete set of all moving papers submitted in support of this order shall be promptly provided to any Defendants or counsel requesting same;

AND IT IS FURTHER ORDERED that the process server shall offer a receipt to each person from whom Counterfeit Merchandise is seized and that the Plaintiffs shall be deemed substitute custodian for all Counterfeit Merchandise seized, which shall be maintained in a secure location pending further order of this Court;

AND IT IS FURTHER ORDERED that Defendants' responsive papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiffs by delivering copies to Plaintiffs' counsel at the address set forth below, on or before Tuesday, July 15, 2025. Any reply shall be filed and served by Plaintiff on or before Monday, July 21, 2025;

AND IT IS FURTHER ORDERED that any Defendants who are hereafter served with a copy of this order who objects to the provisions hereof may submit his or her objections to this Court or otherwise move for relief from this Court as provided herein or otherwise according to the Federal Rules of Civil Procedure, but no such objection shall serve to suspend this Order or stay the terms herein unless otherwise so ordered by this Court.

AND IT IS FINALLY ORDERED that the Clerk of the Court is instructed to issue John Doe and Jane Doe summonses.

Dated this 8th day of July, 2025.

John H. Chun
United States District Judge

TEMPORARY RESTRAINING ORDER; SEIZURE
ORDER; AND ORDER TO SHOW CAUSE; ORDER
TO ISSUE JOHN AND JANE DOE SUMMONSES - 5