UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARNER-ELEKTRA-ATLANTIC CORPORATION, MY CHEMICAL ROMANCE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOES et al.,<br><br>Defendant. | CASE NO. 25-CV-01227-JHC<br><br>ORDER |

    This matter comes before the Court sua sponte. After the Court granted Plaintiffs' Motion for Preliminary Injunction on July 22, 2025, Dkt. # 20, Plaintiffs have otherwise failed to take any action or prosecute this case.

    Accordingly, the Court ORDERS Plaintiffs to SHOW CAUSE within ten (10) days of the date of this order why this action should not be dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Pagtalunan v. Galaza*, 291 F.3d 639, 64243 (9th Cir. 2002) (discussing factors that a court considers when determining whether to dismiss an action for failure to prosecute or to comply with a court order).

ORDER - 1

Dated this 11th day of December 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2