UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARNER-ELEKTRA-ATLANTIC CORPORATION, MY CHEMICAL ROMANC LLC,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES et al.,<br>　　　　　Defendant. | CASE NO. 25-CV-01227-JHC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Based on Plaintiff's declaration, Dkt. # 22, the Court agrees that this action should not be dismissed for failure to prosecute. *See* Dkt. # 21.

(2) The Court ORDERS the parties to appear for a status conference on November 11, 2026 at 9:00 a.m. The parties should be prepared to discuss the topics identified in Paragraph 5 of Plaintiff's declaration, Dkt. # 22.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 30th day of December, 2025.

Ravi Subramanian  
Clerk

/s/Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2