UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

_____

WARNER-ELEKTRA-ATLANTIC CORPORATION d/b/a WMX and MY CHEMICAL ROMANCE, LLC

)
)
)
)
)

Plaintiffs,

)
)
)

v.

)
)

VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,

)
)
)

Defendants.

)
)
)
)

NO. 2:25-cv-01227-JHC

**FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**

1.     This Court has jurisdiction over this action under 28 U.S.C. §§1331 and 1338(a) and 15 U.S.C. §§1121, 1125, 1126 and 1116.  This action arises under the Lanham Trademark Act (15 U.S.C. §1051, et seq.).

2.     Warner-Elektra-Atlantic Corporation d/b/a WMX ("WMX") is a corporation organized under the laws of New York with a place of business in New York, New York.

FIRST AMENDED COMPLAINT

Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA  98105
Tel : 206.701.0331

1

Plaintiff My Chemical Romance, LLC ("My Chemical Romance") is a New Jersey limited liability company with a place of business in New York, New York.

3.    Defendants Various John Does and Jane Does are residents of or transact and do business in and/or were present in Seattle, Washington on or before July 11, 2025, or are now conspiring to travel and otherwise traveling to the other states listed in Exhibit A hereto and are subject to the jurisdiction of this Court.  The identities of the Various John Does and Jane Does are not presently known.

4.    Upon information and belief, Defendants ABC Companies, through their agents, servants and employees, transact and do business in and/or were  present in Seattle, Washington on or before July 11, 2025, or are now conspiring to travel and otherwise traveling to other states listed in Exhibit A hereto and are subject to the jurisdiction of this Court.  The identities of the ABC Companies are not known.

### THE PARTIES

5.    Since as early as 2002, My Chemical Romance has used the MY CHEMICAL ROMANCE trademark to identify itself in all phases of the entertainment industry and to distinguish itself from other professional musical groups.

6.    My Chemical Romance has granted WMX the exclusive right to market merchandise, including, but not limited to, clothing and posters bearing the MY CHEMICAL ROMANCE name, trademark, logos, and/or likenesses (hereinafter referred to collectively as the "MCR Merchandise") at concert engagements throughout the United States.

7.    Defendants are unlicensed peddlers and manufacturing and distributing companies who have manufactured, distributed and/or sold unauthorized bootleg merchandise embodying the MY CHEMICAL ROMANCE name, trademark, logos and/or likenesses

FIRST AMENDED COMPLAINT

(hereinafter referred to collectively as the "Bootleg Merchandise") including, but not limited to, t-shirts outside the confines of T-Mobile Park, Seattle, Washington on July 11, 2025 and at My Chemical Romance concerts on its present concert tour. A partial itinerary of the upcoming 2026 leg of its tour is listed on Exhibit A hereto, in violation of Plaintiffs' rights under the Lanham Act.  The identities of Defendants are not presently known and cannot be known unless they voluntarily permit themselves to be identified.

## BACKGROUND

8.    To date, more than Nine Million copies of My Chemical Romance recordings have been sold.

9.    To date, more than Twenty Million Dollars' worth of MCR Merchandise has been sold.

10.    Since as early as 2002, My Chemical Romance has used the MY CHEMICAL ROMANCE mark to identify its services as a musical group. My Chemical Romance has sought to distinguish merchandise pertaining to it from merchandise made and sold and pertaining to others by prominently displaying the MY CHEMICAL ROMANCE trademark and/or likenesses on t-shirts and other merchandise items associated with My Chemical Romance.

11.    WMX has been granted the exclusive license to sell MCR Merchandise at My Chemical Romance concert engagements throughout the United States.

12.    My Chemical Romance is embarking on its 2026 concert tour of the United States. Virtually all of the concerts on the tour are (or will be) sold out.  The My Chemical Romance concert itinerary, in part, is annexed hereto as Exhibit A.

FIRST AMENDED COMPLAINT

Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA  98105
Tel : 206.701.0331

13. Upon information and belief, Plaintiffs are certain that Defendants have and will attempt to sell Bootleg Merchandise outside the concerts halls at which My Chemical Romance is performing—before, during, and after its appearances.

14. The sale of the Bootleg Merchandise by Defendants is and will be without Plaintiffs' permission or authority.

15. This unlawful activity results in irreparable harm and injury to Plaintiffs in that, among other things, it deprives Plaintiffs of their absolute right to determine the manner in which the My Chemical Romance trademarks and image are presented to the general public through merchandising; deceives the public as to the origin and sponsorship of such merchandise; wrongfully trades upon and benefits from the reputations of Plaintiffs, as well as their commercial value and exclusive rights in the MY CHEMICAL ROMANCE trademark; and it irreparably harms and injures Plaintiffs' reputations.

### AS AND FOR A FIRST CAUSE OF ACTION

### Violation of 15 U.S.C. §1125(a)

16. Plaintiffs repeat and reallege paragraphs 1 through 15 of this Complaint as if fully set forth herein.

17. This count arises under Section 43(a) of the Lanham Act relating to trademarks, trade names and unfair competition entitled "False Designation of Origin and False Descriptions Forbidden," 15 U.S.C. §1125(a), and involves false descriptions in commerce.

18. The MY CHEMICAL ROMANCE trademark, likenesses and logos have been used widely throughout the United States. As a result of the same, the MY CHEMICAL ROMANCE trademark, likenesses and logos have developed and now have a secondary and distinctive trademark meaning to purchasers of goods including, but not limited to, t-shirts. The

FIRST AMENDED COMPLAINT

Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA  98105
Tel : 206.701.0331

MY CHEMICAL ROMANCE mark was registered with the United States Patent and Trademark Office on April 15, 2008 in connection with clothing, Registration No. 3,411,651, it has been renewed once, and it is currently valid and enforceable.

19.    The Bootleg Merchandise sold by Defendants, which contains the MY CHEMICAL ROMANCE likenesses, logos and/or trademark, is of the same general nature and type as the MCR Merchandise sold and/or authorized to be sold by WMX.  Because the Bootleg Merchandise  is so related to and indistinguishable from the authorized, MCR Merchandise that WMX sells, it is likely to, and is certainly intended to, cause confusion to purchasers.

20.    Defendants, by misappropriating and using the MY CHEMICAL ROMANCE trademark, likenesses and logos, have misrepresented and falsely described to the general public the origin and source of the Bootleg Merchandise, so as to create a likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of the Bootleg Merchandise sold at My Chemical Romance concerts.

21.    In addition, Defendants' sale of the Bootleg Merchandise will infringe upon and dilute the MY CHEMICAL ROMANCE trademark and logos.

22.    The Bootleg Merchandise is, in most instances, of inferior quality, and the sale thereof will be damaging to and will dilute the goodwill generated by My Chemical Romance, and the reputations that Plaintiffs have developed in connection with the sale of legitimate and quality merchandise.

23.    Defendants' unlawful merchandising activities have been—and will continue to be—conducted without the permission or authority of Plaintiffs, and those actions constitute express and implied misrepresentations that the Bootleg Merchandise was created, authorized or

FIRST AMENDED COMPLAINT

Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA  98105
Tel : 206.701.0331

approved by Plaintiffs. Defendants have not obtained any license, authority or approval to manufacture, distribute or sell the Bootleg Merchandise.

24.    Defendants' acts are in violation of 15 U.S.C. §1125(a), in that Defendants will use, in connection with goods and services, a false designation of origin and will continue to cause those goods (the Bootleg Merchandise) to enter into interstate commerce.

25.    Plaintiffs have no other adequate remedy at law and, if Defendants' activities are not enjoined, will suffer irreparable harm and injury to Plaintiffs' images and reputations as a result thereof.

## AS AND FOR A SECOND CAUSE OF ACTION

## Violation of 15 U.S.C. § 1114

26.    Plaintiffs repeat and reallege paragraphs 1 through 15 and 17 through 25 of this Complaint as if fully set forth herein.

27.    Plaintiff My Chemical Romance owns the following trademark registered in the United States Patent and Trademark Office:

| Trademark | Registration No. |
| --- | --- |
| MY CHEMICAL ROMANCE | Registration No. 3,411,651 |
| | International Class 25 |
| | For: t-shirts and other products |
| | Registered April 15, 2008; renewed April 10, 2018 |

28.    Defendants, with actual and constructive notice of My Chemical Romance's use of the MY CHEMICAL ROMANCE mark, have utilized the MY CHEMICAL ROMANCE mark on Defendants' products.  Defendants have printed and sold those products by interstate transport and/or in a manner that affects interstate commerce.

FIRST AMENDED COMPLAINT

Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA  98105
Tel : 206.701.0331

29.    Defendants' use of the MY CHEMICAL ROMANCE mark will likely cause confusion, mistake, and deception among customers and members of the public as to the source of origin of Defendants' goods, and Defendants will likely deceive the public into believing that the Bootleg Merchandise emanates from Plaintiffs, thereby damaging and irreparably harming Plaintiffs' good will, reputations and sales.  Such acts constitute willful violations of 15 U.S.C. § 1114.

30.    Plaintiffs will have no adequate remedy at law if Defendants' activities are not enjoined, and Plaintiffs will suffer irreparable harm and injury, including to Plaintiffs' images and reputations as a result thereof.

**DAMAGES**

31.    Plaintiffs repeat and reallege paragraphs 1 through 15, 17 through 25 and 27 through 30 of this Complaint as if fully set forth herein.

32.    It is impossible to ascertain the amount of compensation that will afford Plaintiffs adequate relief for the actual, threatened, and contemplated unlawful activities of Defendants. Plaintiffs will have no adequate remedy in the event that such unlawful activities are allowed to continue to occur.

WHEREFORE, Plaintiffs respectfully pray that this Court:

1.    Issue a Permanent Injunction prohibiting Defendants from selling or attempting to sell merchandise bearing the MY CHEMICAL ROMANCE name, trademark, logos and/or likenesses and/or any mark confusingly similar thereto, and ordering destruction of all such merchandise wherever found; and

2.    Such other and further relief which this Court deems to be reasonable, necessary and just.

FIRST AMENDED COMPLAINT

Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA  98105
Tel : 206.701.0331

Dated:   August 7, 2026

Respectfully submitted,

**MATESKY LAW PLLC**

By: /s/ Michael P. Matesky, II
Michael P. Matesky, II
WSBA No. 39586
4500 9th Ave. NE, Suite 300
Seattle, WA 98105
Ph:   206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com;
litigation@mateskylaw.com

s/Kenneth A. Feinswog
Kenneth A. Feinswog
*Pro Hac Vice*
400 Corporate Pointe, Suite 300
Culver City, CA  90230
Telephone:  310-846-5800
Email:  kfeinswog@gmail.com

Attorneys for Plaintiffs

FIRST AMENDED COMPLAINT

Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, WA  98105
Tel : 206.701.0331

8