**EXHIBIT A**

**DATE**                    **VENUE**

8/9/2026                    Citi Field
                           Flushing, NY

8/13/2026                   Nissan Stadium
                           Nashville, TN

8/18/2026                   Nationals Park
                           Washington, DC

8/21/2026                   Comerica Park
                           Detroit, MI

8/24/2026                   Target Field
                           Minneapolis, MN

8/27/2026                   Coors Field
                           Denver, CO

8/30/2026                   Petco Park
                           San Diego, CA

9/6/2026                    Chase Field
                           Phoenix, AZ

9/12/2026                   Alamodome
                           San Antonio, TX

9/17/2026                   Kentucky State Fair & Exposition Center
                           Louisville, KY

9/20/2026                   Kentucky State Fair & Exposition Center
                           Louisville, KY

| | |
|---|---|
| 10/1/2026 | Discovery Park<br>Sacramento, CA |
| 10/4/2026 | Discovery Park<br>Sacramento, CA |
| 10/21/2026 | Hollywood Bowl<br>Hollywood, CA |
| 10/23/2026 | Hollywood Bowl<br>Hollywood, CA |
| 10/24/2026 | Hollywood Bowl<br>Hollywood, CA |
| 10/25/2026 | Hollywood Bowl<br>Hollywood, CA |
| 10/30/2026 | Hollywood Bowl<br>Hollywood, CA |
| 10/31/2026 | Hollywood Bowl<br>Hollywood, CA |