UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WARNER-ELEKTRA-ATLANTIC CORPORATION d/b/a WMX and MY CHEMICAL ROMANCE, LLC<br><br>Plaintiffs,<br><br>v.<br>VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,<br><br>Defendants. | **NO. 2:25-cv-01227-JHC**<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Plaintiffs having moved to dismiss the above-referenced action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Dkt. # 26,

IT IS HEREBY ORDERED that:

1. The above-referenced action is hereby dismissed without prejudice;

2. The Clerk of the Court is hereby directed to return the $10,000.00 cash bond to Plaintiff Warner-Elektra-Atlantic Corporation c/o Plaintiffs' counsel, Kenneth A. Feinswog at 400 Corporate Pointe, Suite 300, Culver City, California 90230; and

3. Plaintiffs are authorized to dispose of all merchandise seized from Defendants in the above-referenced action.

Dated this 3rd day of November, 2026

John H. Chun
United States District Judge