UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WARNER-ELEKTRA-ATLANTIC CORPORATION d/b/a WMX and MY CHEMICAL ROMANCE, LLC<br><br>Plaintiffs,<br><br>v.<br>VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,<br><br>Defendants. | **NO. 2:25-cv-01227-JHC**<br><br>**AMENDED ORDER TO DISMISS WITHOUT PREJUDICE** |

Plaintiffs having moved to dismiss the above-referenced action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Dkt. # 26,

IT IS HEREBY ORDERED that:

1. The above-referenced action is hereby dismissed without prejudice;

2. The Clerk of the Court is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $10,000 plus all accrued interest, payable to Warner-Elektra-Atlantic Corporation c/o Kenneth A. Feinswog, and mail or deliver the check(s) to Plaintiff's counsel, Kenneth A Feinswog, at 400 Corporate Pointe, Suite 300, Culver City, California 90230.

3. Plaintiffs are authorized to dispose of all merchandise seized from Defendants in the above-referenced action.

Presented by:

**MATESKY LAW PLLC**

By: /s/ Michael P. Matesky, II
4500 9th Ave. NE, Suite 300
Seattle, WA 98105
Ph: 206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com; litigation@mateskylaw.com

s/Kenneth A. Feinswog
Kenneth A. Feinswog
400 Corporate Pointe, Suite 300
Culver City, CA 90230
Telephone: 310-846-5800
Email: kfeinswog@gmail.com
*Attorneys for Plaintiffs*

Dated this 4th day of November, 2026.

John H. Chun
John H. Chun
United States District Judge